UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALBERT CASTRO, JR.,<br><br>    Defendant. | 2:16-CR-063-SMJ-2<br><br>ORDER GRANTING MOTION TO AMEND CONDITIONS OF RELEASE |

Before the Court is Defendant's Motion to amend the pretrial conditions of release. Defendant requests modification of his curfew to accommodate his changing work schedule. Neither the United States nor the U.S. Probation Office object to Defendant's request. Defendant also requests that the U.S. Probation Office be granted the authority to modify his curfew as needed to accommodate his changing work schedule, without the need to return to the Court for modification.

**IT IS ORDERED:**

1. Defendant's unopposed Motion to amend pretrial conditions of release, **ECF No. 86,** is **GRANTED.** The Motion to expedite, **ECF No. 87**, is **GRANTED.**

2. Defendant's curfew is modified as follows: Defendant shall be restricted to his/her residence every day from **4:00 a.m. and 2:00 p.m.**

3. Defendant's supervising Pretrial Services Officer is authorized to further modify this curfew, without further application to the Court, when specifically necessary to accommodate Defendant's employment.

ORDER - 1

4. All other terms and conditions of pretrial release, ECF No. 51, not inconsistent herewith shall remain in full force and effect.

DATED October 18, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2